Cases in the Court of Errors and Appeals, Supreme
Court, Court of Chancery and Prerogative Court,
not included in the official reports,
also
Cases in the Lower Courts

HERBERT ZELLEY, trading as Zelley Motor Company, com-
plainant,

*v.*

MAE SHISLER and CLIFFORD SHISLER, defendants.

[Decided December 3d, 1924.]

### Specific Performance—Decree Against One Defendant But Not Against the Other.

On final hearing.

*Messrs. Wells & Tomlinson,* for the complainant.

*Mr. George M. Hillman,* for the defendants.

BUCHANAN, V. C.

Complainant's bill is for a decree for specific performance
of a contract alleged to have been made by both defendants
with complainant. The proofs at the hearing entitle com-
plainant to decree against the defendant Mae Shisler, but

(1)

are, in my opinion, insufficient to establish either that the defendant Clifford Shisler was an actual party to the contract, or that he has estopped himself from denying that he was a party to the contract. As to him, complainant is not entitled to relief.

Under the circumstances of the case no costs will be allowed to either party.